## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMON CENTS DISTRIBUTORS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC;<br><br>        Defendants. | Civil Action No.: 2:24-cv-9400<br><br><br>**NOTICE OF DISMISSAL** |

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the undersigned counsel for Plaintiff, Common Cents Distributors, LLC, hereby files the within Notice of Dismissal of the above-captioned action as to all claims and all defendants.

**DONNELLY MINTER & KELLY, LLC**

By:___/s/ *Thomas J. Coffey*_____
        Thomas J. Coffey

163 Madison Avenue, Suite 320
Morristown, New Jersey 07960
 (973) 200-6400
tcoffey@dmklawgroup.com

*Attorneys for Plaintiff,*
*Common Cents Distributors, LLC*

Dated: October 3, 2024